# United States Court of Appeals for the Federal Circuit

---

**DISTRIBUTED SOLUTIONS, INC.,**

*Plaintiff-Appellant*

v.

**UNITED STATES,**

*Defendant-Appellee*

AND

**COMPUSEARCH SOFTWARE SYSTEMS, INC.,**

*Defendant-Appellee*

---

2012-5129

---

Appeal from the United States Court of Federal Claims in No. 12-CV-274, Judge George W. Miller.

---

**JUDGMENT**

---

THOMAS A. COULTER, LeClairRyan, a Professional Corporation, of Richmond, Virginia, argued for plaintiff-appellant.

DANIEL G. KIM, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-

appellee, United States. With him on the brief were STUART F. DELERY, Principal Deputy Assistant Attorney General, JEANNE E. DAVIDSON, Director, and KENNETH M. DINTZER, Assistant Director. Of counsel on the brief were DAVID R. KOEPPEL, DENNIS ADELSON and COLIN W. O'SULLIVAN, Attorneys, Office of the Solicitor, United States Department of Labor, of Washington, DC.

DAVID S. COHEN, Cohen Mohr LLP, of Washington, DC, argued for defendant-appellee, Compusearch Software Systems, Inc. Of counsel were GABRIEL EDWARD KENNON and JOHN J. O'BRIEN.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, PLAGER, and PROST, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

March 28, 2013  
Date

/s/ Jan Horbaly  
Jan Horbaly  
Clerk